# UNITTED STATES DISTRICT COURT
# ESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                     Case No. 24-cr-20438-1
                                                      Hon. Matthew L. Leitman

vs.

D1, JOSE IGNACIO MORENO-SERVELLON,

        Defendant,

---

### ORDER ALLOWING LAPTOP INTO PLACE OF DETENTION

---

Upon Defendant's need to view electronic discovery material in the facility housing the defendant, and the Court being aware of the refusal of detention facilities to allow a laptop into their facility without a court order;

**IT IS HEREBY ORDERED** that attorney SENAD RAMOVIC shall be allowed to visit defendant at the SANILAC CORRECTIONAL FACILITY, or any other place of his incarceration, and enter that or such facilities with a laptop computer and flash drives for the purpose of reviewing discovery material in the above-captioned matter.

**IT IS HEREBY FURTHER ORDERED** that a private and confidential area shall be provided for the inmate visit.

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated:  August 29, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 29, 2024, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan  
                                              Case Manager  
                                              (313) 234-5126