UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiffs

v.

D1, JOSE IGNACIO MORENO SERVELLON,

     Defendant.

Case No. 24-cr-20438-1
Hon. Matthew F. Leitman

_____/

## ORDER DENYING DEFENDANT'S MOTION
## FOR REDUCTION OF SENTENCE (ECF No. 67)

On June 26, 2026, Defendant Jose Ignacio Moreno Servellon filed a motion to reduce his sentence. (*See* Mot., ECF No. 67.)  Servellon argues that he is entitled to such a reduction based on Amendment 821 to the United States Sentencing Guidelines. (*See id.*)  The Court disagrees for at least two reasons.  First, the Court sentenced Servellon after Amendment 821 was adopted, and therefore his sentence accounted for that amendment.  Second, Servellon is not eligible for a sentence reduction under Amendment 821 because he did not receive any status points, and he was not a zero-point offender.  Thus, for all of these reasons, Servellon's motion for a sentence reduction based on Amendment 821 (ECF No. 67) is **DENIED**.

     **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 1, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 1, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126